HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
GREGORIO MORENO VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-194 KJM |
|---|---|
| Plaintiff, | ) |
| | ) **MOTION TO WITHDRAW THE FEDERAL** |
| vs. | ) **DEFENDER AND [PROPOSED] O R D E R** |
| | ) **GRANTING WITHDRAWAL AND** |
| GREGORIO MORENO VALENCIA, | ) **APPOINTING COUNSEL** |
| | ) |
| Defendant. | ) |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Chris Cosca, who is willing to accept appointment, appointed effective February 6, 2019.

DATED: February 8, 2019                          HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 /s/ Heather E. Williams
                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

**O R D E R**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's Motion to Withdraw and appointing Chris Cosca, effective February 6, 2019.

DATED: February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

1